DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOEL ADRIAN CRUZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1895

_____

January 7, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph Anthony Bulone, Judge.

Joel Adrian Cruz, pro se.

LaROSE, Judge.

Joel Adrian Cruz appeals the summary denial of his Florida Rule of Criminal Procedure 3.853 motion for postconviction DNA testing. The postconviction court found that the motion was facially insufficient. *See* Fla. R. Crim. P. 3.853(b)(1), (3). We agree and affirm. Our affirmance is without prejudice to any right Mr. Cruz might have to file a facially sufficient rule 3.853 motion. *See Bing v. State*, 268 So. 3d 192, 193 (Fla. 2d DCA 2018).

Affirmed.

LUCAS, C.J., and MORRIS, J., Concur.

—————————————

Opinion subject to revision prior to official publication.